GARY M. RESTAINO
United States Attorney
District of Arizona

THEO NICKERSON
Assistant United States Attorney
Connecticut State Bar No. 429356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Theo.Nickerson2@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| J.P. and L.C., | No. CV-22-00683-MTL |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| United States of America, | |
| Defendants. | |

    PLEASE TAKE NOTICE that Ms. Theo Nickerson, Assistant United States Attorney for the District of Arizona, is the representative for United States of America in the above-captioned matter. Undersigned's appearance shall not serve as a waiver to the applicable rules concerning service of process for the Defendant.

/ / /

/ / /

- 1 -

In addition to the other individuals listed in the CM/ECF mailing system, please send the undersigned all further pleadings, papers, and notices, which must be sent to any party in this case.

Respectfully submitted this 29th day of April, 2022.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/Theo Nickerson*
>THEO NICKERSON.
>Assistant United States Attorney
>Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel B. Pasternak (SBN 023751)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
daniel.pasternak@squirepb.com

Manuel F. Cachán*
William C. Rose*
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
mcachan@proskauer.com
wrose@proskauer.com

Hena M. Vora*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
hvora@proskauer.com

Sara Van Hofwegen*
Joel Frost-Tift*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
svanhofwegen@publiccounsel.org
jfrost-tift@publiccounsel.org

*Attorneys for Plaintiffs*

s/ *Stephanie Ludwig*
United States Attorney's Office