DANIEL B. PASTERNAK (SBN 023751)
daniel.pasternak@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602.528.4187
Facsimile: 602.253.8129

MICHAEL T. MERVIS **
mmervis@proskauer.com
MICHELLE K. MORIARTY **
mmoriarty@proskauer.com
HENA M. VORA *
hvora@proskauer.com
Timothy E. Burroughs *
tburroughs@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900

SHAWN S. LEDINGHAM **
sledingham@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193

JOEL FROST-TIFT *
jfrost-tift@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977
Facsimile: 212.385.9089

*Attorneys for Plaintiffs*
* Admitted *pro hac vice*)

** *Pro hac vice motions forthcoming*

GARY M. RESTAINO
United States Attorney
District of Arizona

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| J.P. and L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | Case No. 2:22-cv-00683-MTL <br><br> **JOINT MOTION TO RESCHEDULE ORAL ARGUMENT** <br><br> **(First Request)** |

Plaintiffs J.P. and L.C. (collectively, "Plaintiffs") and Defendant United States of America ("Defendant") (Plaintiffs and Defendant together, the "Parties"), through the undersigned counsel, jointly request that the Court reschedule oral argument, currently

1

scheduled for Thursday, May 4, 2023, on Defendant's pending Motion to Dismiss Plaintiffs' First Amended Complaint. In support of this Motion, the Parties state as follows:

1. On April 25, 2022, Plaintiffs filed the original Complaint [Doc. 1] against Defendant.

2. On December 14, 2022, after obtaining permission from this Court, Plaintiffs filed a First Amended Complaint [Doc. 35] against Defendant.

3. On January 20, 2023, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. 38]. Plaintiffs filed their Response in opposition to Defendant's Motion to Dismiss [Doc. 41] on March 14, 2023, and Defendant filed its Reply [Doc. 45] on March 29, 2023.

4. By Order dated April 13, 2023 [Doc. 46], the Court scheduled in-person oral argument on Defendant's Motion to Dismiss for Thursday, May 4, 2023.

5. Due to Plaintiffs' counsel's conflict on the date scheduled by the Court for oral argument on Defendant's Motion to Dismiss, on April 19, 2023, counsel for Plaintiffs conferred with counsel for Defendant via email regarding a request to reschedule oral argument, indicating that counsel for Plaintiffs is available on dates in the second and third weeks of June 2023. Counsel for Defendant indicated that Defendant would join in a motion to reschedule oral argument and confirmed counsel for Defendant's availability for rescheduled oral argument on any date during the week of June 12–16, 2023.

6. The Parties therefore request that oral argument on Defendant's Motion to Dismiss be rescheduled from May 4, 2023 to a date, convenient for the Court, between June 12, 2023 and June 16, 2023.

WHEREFORE, for the foregoing reasons, and for good cause shown, the Parties respectfully request that this Court reschedule oral argument on Defendant's Motion to Dismiss from the currently scheduled date of May 4, 2023 to a date between June 12, 2023 and June 16, 2023.

1  RESPECTFULLY SUBMITTED this 24th day of April, 2023.

*Daniel B. Pasternak*
Daniel B. Pasternak (SBN 023751)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602.528.4187
Facsimile: 602.253.8129
daniel.pasternak@squirepb.com

Michael T. Mervis**
Michelle K. Moriarty**
Hena M. Vora*
Timothy E. Burroughs*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
mmervis@proskauer.com
mmoriarty@proskauer.com
hvora@proskauer.com
tburroughs@proskauer.com

Shawn S. Ledingham**
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193
sledingham@proskauer.com

Joel Frost-Tift*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977
Facsimile: 212.385.9089
jfrost-tift@publiccounsel.org

*Attorneys for Plaintiffs*
\* Admitted *pro hac vice*

\*\* *Pro hac vice motions forthcoming*

GARY M. RESTAINO
United States Attorney
District of Arizona

<u>/s/*Theo Nickerson (with permission)*</u>
MS. THEO NICKERSON
Assistant United States Attorney
*Attorneys for the United States*

**PROOF OF SERVICE**

I certify that on this 24th day of April, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Tammy Gougeon*