# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.P., et al., | No. CV-22-00683-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Upon review of the record, the Court has reconsidered its position on oral argument, and finds that it will aid in the determination of this case.

Accordingly,

**IT IS ORDERED** setting in-person oral argument on Defendant's Motion to Dismiss (Doc. 38) for Tuesday, June 13, 2023, at 10:00 AM in Courtroom 504, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003 before Judge Michael T. Liburdi.

Dated this 2nd day of May, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge