| | |
|---|---|
| Daniel B. Pasternak (SBN 023751)<br>SQUIRE PATTON BOGGS (US) LLP<br>2325 East Camelback Road, Suite 700<br>Phoenix, AZ 85016<br>Telephone:     602.528.4187<br>Facsimile:     602.253.8129<br>daniel.pasternak@squirepb.com | Michael T. Mervis (*pro hac vice*)<br>Michelle Moriarty (*pro hac vice*)<br>Hena M. Vora (*pro hac vice*)<br>Timothy E. Burroughs (*pro hac vice*)<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone:     212.969.3000<br>Facsimile:     212.969.2900<br>mmervis@proskauer.com<br>mmoriarty@proskauer.com<br>hvora@proskauer.com<br>tburroughs@proskauer.com |
| Shawn S. Ledingham, Jr. (*pro hac vice*)<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>Telephone:     310.557.2900<br>Facsimile:     310.557.2193<br>sledingham@proskauer.com | Rebecca Brown (*pro hac vice*)<br>PUBLIC COUNSEL<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone:     213.385.2977x235<br>Facsimile:     213.201.4727<br>rbrown@publiccounsel.org |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| J.P. and L.C.,<br>　　　　　　Plaintiffs,<br>　vs.<br>United States of America,<br>　　　　　　Defendant. | No. 2:22-cv-00683-MTL<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

　　　　NOTICE IS HEREBY GIVEN that on November 7, 2023, Plaintiffs served on Defendant United States of America Plaintiffs' First Request for Production of Documents via U.S. mail and e-mail.

Dated: November 7, 2023

    */s/ Daniel B. Pasternak*
Daniel B. Pasternak
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone:     602.528.4187
Facsimile:      602.253.8129
daniel.pasternak@squirepb.com

Shawn S. Ledingham, Jr. (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:     310.557.2900
Facsimile:      310.557.2193
sledingham@proskauer.com

Michael T. Mervis (*pro hac vice*)
Michelle Moriarty (*pro hac vice*)
Hena M. Vora (*pro hac vice*)
Timothy E. Burroughs (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:     212.969.3000
Facsimile:      212.969.2900
mmervis@proskauer.com
mmoriarty@proskauer.com
hvora@proskauer.com
tburroughs@proskauer.com

Rebecca Brown (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone:     213.385.2977x235
Facsimile:      213.201.4727
rbrown@publiccounsel.org

*Attorneys for Plaintiffs*

1

**PROOF OF SERVICE**

I certify that on this 7th day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ Tammy Gougeon
Tammy Gougeon