GARY M. RESTAINO
United States Attorney
District of Arizona

THEO NICKERSON
Assistant United States Attorney
Connecticut State Bar No. 429356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
*Attorneys for Defendant*

Daniel B. Pasternak (SBN 023751)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602.528.4187
Facsimile: 602.253.8129
daniel.pasternak@squirepb.com

Michael T. Mervis (*pro hac vice*)
Michelle Moriarty (*pro hac vice*)
Hena M. Vora (*pro hac vice*)
Timothy E. Burroughs (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
mmervis@proskauer.com
mmoriarty@proskauer.com
hvora@proskauer.com
tburroughs@proskauer.com

Shawn S. Ledingham, Jr. (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193
sledingham@proskauer.com
*Attorneys for Plaintiffs*

Joel Frost-Tift (*pro hac vice*)
Rebecca Brown (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977
Facsimile: 212.385.9089
jfrost-tift@publiccounsel.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

J.P. and L.C.,

Plaintiffs,

vs.

United States of America,

Defendant.

No. 2:22-cv-00683-MTL

**NOTICE OF SETTLEMENT AND STIPULATION TO HOLD LITIGATION DEADLINES IN ABEYANCE**

Plaintiffs J.P. and L.C. and Defendant United States of America (collectively, the "Parties"), by and through the undersigned counsel, hereby provide notice to the Court that they have reached a settlement in the above-captioned matter, subject to the execution of a final settlement agreement. The Parties anticipate filing a stipulation for dismissal within the next thirty (30) days.

The Parties stipulate that it would be in the interest of judicial economy and efficiency and would preserve the benefit of the settlement for the Court to hold all pending deadlines set forth in the Court's September 7, 2023, Scheduling Order (Dkt. 70) in abeyance until the action is dismissed. The Parties request the Court enter the accompanying proposed order to that effect and that the Court retain jurisdiction over this matter during this period.

RESPECTFULLY SUBMITTED this 29th day of January 2024.

/s/ *Daniel Pasternak*
Daniel B. Pasternak (SBN 023751)
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road
Suite 700
Phoenix, AZ 85016
602-528-4000
daniel.pasternak@squirepb.com

Shawn S. Ledingham, Jr. (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193
sledingham@proskauer.com

Michael T. Mervis (*pro hac vice*)
Michelle Moriarty (*pro hac vice*)
Hena M. Vora (*pro hac vice*)
Timothy E. Burroughs (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
mmervis@proskauer.com
mmoriarty@proskauer.com
hvora@proskauer.com

/s/ *Theo Nickerson*
Ms. Theo Nickerson, Esq.
Assistant United States Attorney
U.S. Attorney's Office
40 N. Central Avenue
Phoenix, AZ 85004-4408
602-514-7456
Theo.Nickerson2@usdoj.gov
*Attorney for Defendant*

Gary M. Restaino
United States Attorney
District of Arizona

*Attorneys for Defendant United States*

tburroughs@proskauer.com

Rebecca Sarah Brown (*pro hac vice*)
Joel Frost-Tift (*pro hac vice*)
PUBLIC COUNSEL
610 S. Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977
Facsimile: 212.385.9089
rbrown@publiccounsel.org
jfrost-tift@publiccounsel.org

*Attorneys for Plaintiffs*