IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

J.P. and L.C.,

Plaintiffs,

v.

United States of America,

Defendant.

Case No. 2:22-cv-00683-MTL

**ORDER**

The Court having considered the Parties' Notice of Settlement and Stipulation to Hold Litigation Deadlines in Abeyance, and good cause appearing,

IT IS ORDERED that the Stipulation is Granted.

IT IS FURTHER ORDERED that the deadlines set forth in the Court's September 7, 2023, Scheduling Order (Dkt. 70) are held in abeyance pending the Parties filing a stipulation of dismissal or further notice by the Court.