**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

J.P., et al.,

Plaintiffs,

v.

United States of America,

Defendant.

No. CV-22-00683-PHX-MTL

**ORDER**

Pursuant to the parties' Notice of Settlement and Stipulation to Hold Litigation Deadlines in Abeyance (Doc. 79),

**IT IS ORDERED** that the Stipulation (Doc. 79) is **granted**.

**IT IS FURTHER ORDERED** that all deadlines are held in abeyance until February 29, 2024.

**IT IS FINALLY ORDERED** that, should the parties not finalize their settlement agreement, they must file a joint status report no later than February 29, 2024.

Dated this 29th day of January, 2024.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge