# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.P., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | No. CV-22-00683-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** setting a telephonic status conference for Friday, March 8, 2024 at 1:15 p.m. (Arizona time) in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi. Counsel are directed to call (888) 363-4735 and use Access Code: 9604594. Please avoid the use of speakerphones and headsets.

Dated this 1st day of March, 2024.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge