IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.P., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | No. CV-22-00683-PHX-MTL<br><br>**AMENDED SCHEDULING ORDER** |

For the reasons stated on the record,

**IT IS ORDERED** that the stay (Doc. 80) is lifted.

**IT IS FURTHER ORDERED** that the Court's Scheduling Order (Doc. 70) is modified as follows:

1. Deadline for joinder, amending pleadings, and filing supplemental pleadings is no later than **March 18, 2024.**

2. Deadline for the completion of fact discovery, including discovery by subpoena, is no later than **July 8, 2024.**

3. Deadline for Plaintiffs' full and complete expert disclosures is no later than **September 20, 2024.**

4. Deadline for Defendant's full and complete expert disclosures is no later than **October 25, 2024.**

5. Deadline for rebuttal expert disclosures, if any, is no later than **November 22, 2024.**

6. Deadline for expert depositions is no later than **December 20, 2024.**

7. Deadline for dispositive motions and motions challenging expert opinion testimony is no later than **January 24, 2025.**

**IT IS FINALLY ORDERED** that the Court's Scheduling Order (Doc. 70) is reaffirmed in all other respects.

Dated this 8th day of March, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge