Daniel B. Pasternak (SBN 023751)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602.528.4187
Facsimile: 602.253.8129
daniel.pasternak@squirepb.com

Michael T. Mervis (*pro hac vice*)
Michelle Moriarty (*pro hac vice*)
Hena M. Vora (*pro hac vice*)
Timothy E. Burroughs (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
mmervis@proskauer.com
mmoriarty@proskauer.com
hvora@proskauer.com
tburroughs@proskauer.com

Shawn S. Ledingham, Jr. (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193
sledingham@proskauer.com

Joel Frost-Tift (*pro hac vice*)
Rebecca Brown (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977
Facsimile: 212.385.9089
jfrost-tift@publiccounsel.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| J.P. and L.C.,<br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br>Defendant. | Case No. 2:22-cv-00683-MTL<br><br>**NOTICE OF EXECUTED SETTLEMENT AGREEMENT AND STIPULATION TO HOLD LITIGATION DEADLINES IN ABEYANCE** |

Plaintiffs J.P. and L.C. and Defendant United States of America (collectively, the "Parties"), by and through the undersigned counsel, hereby provide notice to the Court that they have finalized and executed a settlement agreement completely resolving this matter. Plaintiffs have agreed to dismiss this action with prejudice upon receipt of the settlement payments from Defendant. Defendant anticipates those payments will be completed within the next sixty (60) days.

The Parties stipulate that it would be in the interest of judicial economy and efficiency and would preserve the benefit of the settlement for the Court to stay the action for nine weeks, through June 12, 2024, and hold in abeyance during that time all pending deadlines set forth in the Court's September 7, 2023 Scheduling Order (Dkt. 70), as amended by the Court's March 8, 2024 Scheduling Order (Dkt. 84). If the action is not dismissed by June 7, 2024, the Parties stipulate to provide a joint report by June 7, 2024, disclosing to the Court the status of the settlement payments and requests for dismissal and advising the Court whether they request an extension of the stay. The Parties request the Court enter the accompanying proposed order to that effect and that the Court retain jurisdiction over this matter during this period.

RESPECTFULLY SUBMITTED this 10th day of April 2024.

/s/ *Daniel B. Pasternak*
Daniel B. Pasternak (SBN 023751)
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road
Suite 700
Phoenix, AZ 85016
602-528-4000
daniel.pasternak@squirepb.com

Shawn S. Ledingham, Jr. (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193
sledingham@proskauer.com

/s/ *Theo Nickerson (with permission)*
Ms. Theo Nickerson, Esq.
Assistant United States Attorney
U.S. Attorney's Office
40 N. Central Avenue
Phoenix, AZ 85004-4408
602-514-7456
Theo.Nickerson2@usdoj.gov
*Attorney for Defendant*

Gary M. Restaino
United States Attorney
District of Arizona

*Attorneys for Defendant United States*

Michael T. Mervis (*pro hac vice*)
Michelle Moriarty (*pro hac vice*)
Hena M. Vora (*pro hac vice*)
Timothy E. Burroughs (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
mmervis@proskauer.com
mmoriarty@proskauer.com
hvora@proskauer.com
tburroughs@proskauer.com

Rebecca Sarah Brown (*pro hac vice*)
Joel Frost-Tift (*pro hac vice*)
PUBLIC COUNSEL
610 S. Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977
Facsimile: 212.385.9089
rbrown@publiccounsel.org
jfrost-tift@publiccounsel.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of April, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Tammy Gougeon*