# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.P., et al., | No. CV-22-00683-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having considered the Parties' Notice of Executed Settlement Agreement and Stipulation to Hold Litigation Deadlines in Abeyance (Doc. 85), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 85) is **granted**.

**IT IS FURTHER ORDERED** that the action is stayed through and until **June 12, 2024**, and all pending deadlines set forth in the Court's September 7, 2023 Scheduling Order (Doc. 70), as amended by the Court's March 8, 2024 Scheduling Order (Doc. 84), are held in abeyance during that time.

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FINALLY ORDERED** that, if the action is not dismissed by **June 7, 2024**, the Parties shall file with the Court a joint report by **June 7, 2024**, disclosing the status of the settlement payments and requests for dismissal and advising the Court whether they request an extension of the stay.

Dated this 10th day of April, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 2 -