GARY M. RESTAINO
United States Attorney
District of Arizona

THEO NICKERSON
Assistant United States Attorney
Connecticut State Bar No. 429356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Theo.Nickerson2@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| J.P., *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>         Defendant. | **Case No. CV-22-00683-PHX-MTL**<br><br>**JOINT STIPULATED DISMISSAL** |

The parties hereby stipulate that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action may be dismissed without a court order.

Respectfully submitted this May 20, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Theo Nickerson*
THEO NICKERSON
Assistant United States Attorney
*Attorneys for Defendant*

*s/Shawn Scott Ledingham, Jr.*
Proskauer Rose LLP

*s/Joel Frost-Tift*
Public Counsel

*s/Daniel B. Pasternak*
Squire Patton Boggs LLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel Benjamin Pasternak
Squire Patton Boggs (US) LLP
2325 E. Camelback Road
Suite 700
Phoenix, AZ 85016
Phone: 602-528-4000
Email: daniel.pasternak@squirepb.com
*Attorneys for Plaintiff*

Joel Frost-Tift
Public Counsel
610 S Ardmore Ave.
Los Angeles, CA 90005
Phone: 518-268-9511
Email: jfrost-tift@publiccounsel.org
*Attorneys for Plaintiff*

Shawn Scott Ledingham , Jr.
Proskauer LLP - Los Angeles, CA
2029 Century Park E, 24th Fl.
Los Angeles, CA 90067-3206
Phone: 310-284-5659
Fax: 310-557-2193
Email: sledingham@proskauer.com

*s/Mary Simeonoff*
United States Attorney's Office